IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| James Porter, | : | |
| Plaintiff | : | Case No. 2:08-cv-00423 |
| v. | : | Judge Marbley |
| Michael J. Astrue, Commissioner of Social Security, | : | Magistrate Judge |
| Defendant | : | |
| | : | |

# Order

On July 9, 2008, the Commissioner of Social Security filed his answer and a transcript of the administrative proceedings. Plaintiff failed to file his statement of errors within 30 days of that date as required by the Magistrate Judges' General Order Concerning Social Security Appeals (S.D. Ohio E.D. January 31, 2003) and the Court's May 7, 2008 Order. (Doc. 2.) On September 5, 2008, the Court ordered plaintiff Porter to show cause within eleven (11) days why this case should not be dismissed for want of prosecution and for failure to comply with the orders of this Court. Plaintiff Porter has not responded to that order.

Accordingly, the Clerk of Court is **DIRECTED** to enter judgment dismissing this case for want of prosecution and for failure to comply with the orders of the Court.

Rule 41(b), Fed. R. Civ. P. *See, Link v. Wabash R. Co.,* 370 U.S. 626, 630-31 (1962). S.D. Ohio Civil Rule 55.1(c).

                                            s/Algenon L. Marbley
                                            Algenon L. Marbley, Judge
                                            United States District Court